FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 12 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SACR12-189-CJC |
| OTIS OWENS, DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of **defense counsel**, IT IS ORDERED that a detention hearing is set for **Thursday, June 13, 2013**, ____, at **2:00** ☐ a.m. / ☒ p.m. before the Honorable **JEAN P. ROSENBLUTH**, in Courtroom **6A**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: **June 12, 2013**

_signature_

U.S. ~~District Judge~~/Magistrate Judge
JEAN P. ROSENBLUTH

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                                            Page 1 of 1